# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **JOANNE PEARSON,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| V. | )   **Case No.** _____ |
| | ) |
| **TRAVELERS INSURANCE COMPANY,** | ) |
| | ) |
|    **Defendant.** | ) |

## NOTICE OF REMOVAL

**COMES NOW** Defendant The Travelers Home and Marine Insurance Company (incorrectly designated in the Complaint as "Travelers Insurance Company") (hereinafter "Travelers"), and gives notice of removal of the above-styled action from the Circuit Court of Etowah County, Alabama, to the United States District Court for the Northern District of Alabama, Middle Division. As grounds for the removal of this action, Defendant Travelers avers the following:

    1.    Plaintiff Joanne Pearson was at the time of the filing of the Complaint and is on the date of removal a citizen of the State of Alabama residing in Alabama.

    2.    Defendant Travelers was at the time of the filing of the Complaint and is on the date of removal a corporation organized and existing under the laws

of the State of Connecticut, with its principal place of business in the State of Connecticut.  Defendant Travelers was at the time of the filing of the Complaint and is on the date of removal a citizen of the State of Connecticut.

3. The Complaint filed by Plaintiff Pearson alleges a single claim for breach of contract against Defendant Travelers.  Plaintiff Pearson has demanded a judgment against Defendant Travelers for "benefits due under the contract and for mental distress for an amount **in excess** of $75,000.00." (Exhibit "A," Complaint, ad damnum, p.1) (emphasis added).

4. According to the Circuit Court file in Etowah County, Defendant Travelers was served by certified mail on May 23, 2011. (See Exhibit "A," Summons).  However, Travelers' records indicate service on May 13, 2011.  In either event, this removal is being filed within 30 days.

5. The breach of contract claim as set forth in the Complaint alleges that Plaintiff Pearson had replacement fire insurance on her home "with Defendant." (Complaint, ¶ 1). On April 19, 2010 the house burned. (Complaint, ¶ 2). Plaintiff Pearson alleges that Defendant Travelers breached the contract "by denying [her] claims for insurance on the burned home, the loss of contents and additional living expenses." (Complaint, ¶ 4). The ad damnum or prayer for relief makes the demand for "benefits due under the contract and for mental distress for an amount **in excess** of $75,000.00." (Complaint, ad damnum, p.1) (emphasis added.)

6. Other than the filing of the Summons and the Complaint, identified as Exhibit "A," no other proceedings have taken place in state court as to the subject matter of Exhibit "A."

7. This action is subject to removal on the basis of diversity of citizenship in that Plaintiff Pearson was at the time of the filing of the Complaint and is on the date of removal a resident and citizen of the State of Alabama and Defendant Travelers was at the time of the filing of the Complaint and is on the date of removal a corporation with its principal place of business in the State of Connecticut.

8. Defendant Travelers maintains that removal of the action initiated by Plaintiff Pearson is justified. This is a separate and independent claim which would be removable on its own right. *See Motor Vehicle Cas. Co. v. Russian River County Sanitation Dist.*, 538 F. Supp. 488 (D.C. Cal. 1981). The action being removed is removable due to diversity based on 28 U.S.C. § 1441 (a).

9. In addition to diversity of citizenship among the real and proper parties to this cause, this Court has jurisdiction under 28 U.S.C. § 1332, and removal is proper pursuant to 28 U.S.C. § 1441, in that the jurisdictional amount in controversy has been specifically stated in the Complaint to be "in excess of $75,000.00." "The Eleventh Circuit has explained that "[i]f the jurisdictional amount is either stated clearly on the face of the documents before the court, or

readily deducible from them, then the court has jurisdiction." *Spottswood v. Stewart Title Guar. Co.*, 10-0109-WS-B, 2010 WL 1539993, *2 (S.D. Ala. Apr. 16, 2010) quoting *Lowery v. Alabama Power Co.*, 483 F.3d 1184, 1211 (11th Cir.2007).  The amount demanded by Plaintiff Pearson in her Complaint exceeds the jurisdictional amount required to maintain this action under 28 U.S.C. § 1441.

10. Pursuant to Rule 38 of the Federal Rules of Civil Procedure Defendant Travelers hereby enters its demand for this matter to be tried before a jury.

11. This petition is filed with this Court within 30 days of service of process on Defendant Travelers.

12. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1332, and since Defendant Travelers is not a resident citizen of the State of Alabama, wherein the above-entitled action is pending, removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441.

13. Notice of the Defendant's removal of the above-styled action has been given to the Clerk of the Circuit Court of Etowah County, Alabama, and to Pearson, as required by 28 U.S.C. § 1446(d).  *See* Exhibit "B" attached hereto.

**WHEREFORE**, Defendant Travelers has removed this action from the Circuit Court of Etowah County, Alabama, to the United States District Court for the Northern District of Alabama, Middle Division.

        Respectfully submitted,

        /s/ A. David Fawal
        **A. DAVID FAWAL [ASB-4593-W82A]**
        dfawal@beersanderson.com

**OF COUNSEL:**
**BEERS ANDERSON, JACKSON,**
**PATTY, & FAWAL, P.C.**
1125 Colonial Plaza
2101 Sixth Avenue North
Birmingham, Alabama 35203
T: (205) 327-5331  /  F: (205) 327-5383

        **CONSTANCE T. BUCKALEW**
        **[ASB-3785-L68C]**
        Cbuckalew@beersanderson.com

**OF COUNSEL:**
**BEERS ANDERSON, JACKSON,**
**PATTY, & FAWAL, P.C.**
P. O. Box 1988
Montgomery, Alabama  36102-1988
T: (334) 834-5311  /  F: (334) 834-5362

        **Attorneys for Defendant**
        **The Travelers Home and Marine**
        **Insurance Company**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been sent to all counsel by placing a copy in the United States Mail, first-class postage prepaid and properly addressed as follows:

MYRON K. ALLENSTEIN
myron@allenstein.com
ROSE MARIE ALLENSTEIN
rose@allenstein.com
**ALLENSTEIN & ALLENSTEIN, LLC**
141 South 9th Street
Gadsden, AL 35901
T: (256) 546-6314  /  F: (256) 547-7648

Attorneys for Plaintiff
Joanne Pearson

**Done this the 31st day of MAY, 2011.**

                                      **/s/ A. David Fawal**
                                      **OF COUNSEL**