## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **JOANNE PEARSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:11-cv-01846-RRA |
| | ) |
| **TRAVELERS HOME AND MARINE** | ) |
| **INSURANCE COMPANY** | ) |
| | ) |
| Defendant. | ) |

## ORDER

The magistrate judge filed a report on March 25, 2013, recommending that the plaintiff's motion for summary judgment on the defendant's arson defense, doc. 49, be denied.  Doc. 82 at 16.  Although the plaintiff was advised of her right to file specific written objections within fourteen days, *id*. at 16-17, she has not responded to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**.  It is therefore **ORDERED** that the plaintiff's motion for summary judgment is **DENIED**.

**DONE** the 21st day of August, 2013.

                                              _____
                                              **ABDUL K. KALLON**
                                              UNITED STATES DISTRICT JUDGE